August 24, 2007

Mr. Joel Randall Sharp
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

Mr. Hector Antonio Canales
Canales & Simonson, P.C.
P.O. Box 5624
Corpus Christi, TX 78465-5624
Honorable James E. Klager
County Court at Law #4
901 Leopard St., Rm. 704
Corpus Christi, TX 78401-6393

RE: Case Number: 04-0865
 Court of Appeals Number: 13-04-00150-CV
 Trial Court Number: 03-60747-00-0-4

Style: IN RE MERRILL LYNCH TRUST COMPANY FSB, MERRILL LYNCH LIFE
 INSURANCE COMPANY, AND HENRY MEDINA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause. The stay order issued January 24, 2005 is
lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Mr. Ernest M. Briones |
| |Ms. Melinda Morrell |
| |Hough |